| | |
|---|---|
| 1 | Zachary M. Best, SBN 166035 |
| 2 | MISSION LAW FIRM, A.P.C.<br>332 North Second Street |
| 3 | San Jose, California  95112<br>Telephone (408) 298-2000 |
| 4 | Facsimile (408) 298-6046<br>Email:  service@mission.legal |
| 5 | Attorneys for Plaintiff |
| 6 | Jose Acosta |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ACOSTA, | ) | No.  1:18-cv-00509-LJO-SKO |
| Plaintiff, | ) ) ) | **STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING** |
| vs. | ) ) | **CONFERENCE; ORDER** |
| CITI TIRE LLC, et al.; | ) ) | (Doc. 9) |
| Defendants. | ) ) ) | |

**WHEREAS,** a Mandatory Scheduling Conference in this matter is set for August 9, 2018 (Dkt. 3);

**WHEREAS,** Plaintiff Jose Acosta ("Plaintiff"), and Defendants, Citi Tire LLC and Lucinda Yer Cha, Trustee of the Soua Cha Family Trust ("Defendants," and together with Plaintiff, "the Parties"), are engaged in settlement negotiations and are hopeful that a full settlement can be reached informally, and desire to conserve attorney's fees and conserve Court resources;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for August 9, 2018 to a date at the Court's convenience on or after October 9, 2018.

| | | |
|---|---|---|
| Dated: August 2, 2018 | | MISSION LAW FIRM, A.P.C. |

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Jose Acosta

Dated: August 2, 2018                                    */s/ Bruce A. Neilson*
Bruce A. Neilson
Attorney for Defendants
Citi Tire LLC and Lucinda Yer Cha,
Trustee of the Soua Cha Family Trust

## **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Mandatory Scheduling Conference currently set for August 9, 2018 is **CONTINUED to October 18, 2018 at 10:15 AM in Courtroom 7, before Magistrate Judge Sheila K. Oberto**. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated:   **August 3, 2018**                              /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE