1  Zachary M. Best, SBN 166035
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@mission.legal

5  Attorneys for Plaintiff
   Jose Acosta

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>vs.<br><br>CITI TIRE LLC, et al.;<br><br>    Defendants. | No. 1:18-cv-00509-LJO-SKO<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>(Doc. 17) |

**WHEREAS,** a Mandatory Scheduling Conference in this matter is set for January 10, 2019 (Dkt. 13);

**WHEREAS,** Plaintiff Jose Acosta ("Plaintiff"), and Defendants, Citi Tire LLC and Lucinda Yer Cha, Trustee of the Soua Cha Family Trust ("Defendants," and together with Plaintiff, "the Parties"), are engaged in settlement negotiations and are hopeful that a full settlement can be reached informally, and desire to conserve attorney's fees and conserve Court resources;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for January 10, 2019 to a date at the Court's convenience on or after February 11, 2019.

| | |
|---|---|
| Dated: January 4, 2019 | MOORE LAW FIRM, P.C. |
| | |
| | */s/ Zachary M. Best* |
| | Zachary M. Best |
| | Attorneys for Plaintiff, |
| | Jose Acosta |
| | |
| Dated: January 4, 2019 | */s/ Bruce A. Neilson* |
| | Bruce A. Neilson |
| | Attorney for Defendants |
| | Citi Tire LLC and Lucinda Yer Cha, |
| | Trustee of the Soua Cha Family Trust |

## **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Mandatory Scheduling Conference currently set for January 10, 2019 is **CONTINUED to March 14, 2019, at 10:15 AM in Courtroom 7, before Magistrate Judge Sheila K. Oberto**. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: __**January 7, 2019**__    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER